IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CURTIS ALEXANDER MOHAMMED,
D.O.C. # T58564,

    Plaintiff,

v().                                             4:19cv465–WS/MAF

SGT. CASSANDRA CACCIMUS,

    Defendant.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed March 23, 2020. The magistrate judge recommends that this case be dismissed without prejudice for the plaintiff's failure to prosecute and to comply with a court order. The plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 4) is adopted

and incorporated by reference in this order of the court.

2. Petitioner's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to prosecute the case.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this ___30th___ day of ___April___, 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE